**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **MAKHI MONTGOMERY-SHAW,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SOUTH ATLANTIC CONFERENCE & NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **No. 2:26-cv-03145-BCL-tmp** |

**ORDER REGARDING NCAA'S RESPONSE TO SHOW CAUSE ORDER**

On September 4, 2026, *pro se* Plaintiff Makhi-Montgomery-Shaw filed a Motion seeking a preliminary injunction against Defendants South Atlantic Conference ("SAC") and National Collegiate Athletic Association ("NCAA"). (ECF No. 3.) On September 23, 2026, the court held a hearing on Montgomery-Shaw's Motion with all parties present. (See ECF No. 25.) At the hearing, NCAA raised the argument that it is not a valid party to Montgomery-Shaw's action. However, Montgomery-Shaw responded by arguing that NCAA was a proper party to the action having received the filing of an appeal after SAC's denial of Montgomery-Shaw's medical redshirt.

Accordingly, the court ordered counsel for NCAA, Taylor J. Askew, to file a notice of the status of the appeal with the court "by noon on 9/25/2026." (ECF No. 25.) After receiving no response,

the court entered an order directing NCAA to "file the status of Plaintiff Montgomery-Shaw's medical waiver appeal by 3:00 PM, September 29, 2026." (ECF No. 26.) After NCAA failed again to file notice of the status of the appeal, the court ordered NCAA to show cause by 12:00 PM Central time October 2, 2026, why it should not be held in contempt. (ECF No. 30.)

Prior to the deadline, NCAA responded to the order and apologized, citing Mr. Askew's schedule and an error that "that he had not changed his contact information for his Western District PACER login to include his assistant since joining Holland & Knight." (ECF No. 31.) He also noted that Montgomery-Shaw's appeal remains pending and that "NCAA is unable to provide an estimate for when Plaintiff's appeal will be adjudicated, as the number of pending waiver applications and appeals currently numbers in the thousands, and each must receive careful consideration." Id.

The court accepts Mr. Askew's explanation for why he did not timely comply with the court's order. Based on Mr. Askew's assurance that "[t]his will not happen again," the court will take no further action regarding the Show Cause Order. The undersigned will proceed with ruling on the Motion for Preliminary Injunction, and will be entering a Report and Recommendation.

IT IS SO ORDERED.

s/ Tu M. Pham
TU M. PHAM

Chief United States Magistrate Judge

October 2, 2026
Date